Same case below, 343 Fed. Appx. 586.

**No. 09-8559. Christopher W. Dallum, Petitioner v. United States.**

559 U.S. 960, 130 S. Ct. 1562, 176 L. Ed. 2d 148, 2010 U.S. LEXIS 1352.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Seventh Circuit denied.

**No. 09-8562. Roland Adams, Petitioner v. United States.**

559 U.S. 960, 130 S. Ct. 1562, 176 L. Ed. 2d 148, 2010 U.S. LEXIS 1221.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Ninth Circuit denied.

Same case below, 333 Fed. Appx. 276.

**No. 09-8565. Joshua Lorenzo Drake, Petitioner v. United States.**

559 U.S. 960, 130 S. Ct. 1562, 176 L. Ed. 2d 148, 2010 U.S. LEXIS 1275.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fifth Circuit denied.

**No. 09-8611. Angel Garcia-Bercovich, Petitioner v. United States.**

559 U.S. 960, 130 S. Ct. 1562, 176 L. Ed. 2d 148, 2010 U.S. LEXIS 1361.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Eleventh Circuit denied.

Same case below, 582 F.3d 1234.

**No. 09-8614. Willie Andrew Hampton, Petitioner v. United States.**

559 U.S. 960, 130 S. Ct. 1563, 176 L. Ed. 2d 148, 2010 U.S. LEXIS 1464.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Third Circuit denied.

Same case below, 351 Fed. Appx. 723.

**No. 09-8615. Edwin Leron Hammond, aka Edwin Leon Hammond, Petitioner v. United States.**

559 U.S. 960, 130 S. Ct. 1563, 176 L. Ed. 2d 148, 2010 U.S. LEXIS 1365.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 347 Fed. Appx. 888.

**No. 09-8617. Barry E. Gitarts, Petitioner v. United States.**

559 U.S. 960, 130 S. Ct. 1563, 176 L. Ed. 2d 148, 2010 U.S. LEXIS 1364.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 341 Fed. Appx. 935.

**No. 09-8618. Russell Floyd Freshour, Petitioner v. United States.**

559 U.S. 960, 130 S. Ct. 1563, 176 L. Ed. 2d 148, 2010 U.S. LEXIS 1432.

February 22, 2010. Petition for writ of certiorari to the United States Court of Appeals for the Fourth Circuit denied.

Same case below, 349 Fed. Appx. 849.